478 A.2d 102

Mendoza, Appellant, v. Stangas.

Argued December 13, 1983. Keith S. Erbstein, for appellants; Daniel H. Shertzer, for appellees.

Before SPAETH, President Judge, and CIRILLO and JOHNSON, JJ.

Affirmed.

478 A.2d 102

Moglia, Appellant, v. Penn Traffic Co. et al.

Argued March 13, 1984. Michael J. Byrne, Jr., for appellant; Larry K. Elliott, for appellees.

Before CAVANAUGH, WIEAND and CIRILLO, JJ.

Order affirmed.